# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1499
Lower Tribunal No. 2023-CF-4984

_____

HENRY ALCANTARA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Sharon M. Franklin, Judge.

July 17, 2026

PRATT, J.

We affirm the judgment and sentence in all respects, except for two minor cost-related issues. We reverse and remand for the limited purpose of the trial court entering: (1) a corrected monetary obligations order excluding the additional cost of prosecution of $100.00 as well as the various costs of supervision and monitoring and (2) a corrected judgment lien excluding the additional cost of prosecution of $100.00. *See, e.g.*, *Balbino-Lara v. State*, 427 So. 3d 606 (Fla. 6th DCA 2026);

*Fortson v. State*, 417 So. 3d 532 (Fla. 6th DCA 2025); *Golphin v. State*, 413 So. 3d 828 (Fla. 6th DCA 2024).

AFFIRMED in part; REVERSED in part; REMANDED with instructions.

WOZNIAK and MIZE, JJ., concur.

Blair Allen, Public Defender, and Megan Banfield, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, Helene S. Parnes, Manager II Assistant Attorney General, and Alea C. Stephens, Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED